

P27635/PAM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**PROBATION OFFICE**

**MEMORANDUM**

| | |
|---|---|
| **TO:** | Jim Molinelli, Miscellaneous Clerk |
| **FROM:** | Peter A. Merrigan, Supervising United States Probation Officer |
| **RE:** | Darrell Rhett |
| **DATE:** | April 3, 2008 |

**ASSIGNMENT OF TRANSFER OF JURISDICTION**

On October 20, 2000 the above-named individual was sentenced in the Western District of Pennsylvania outlined in the attached J & C.

In March 25, 2008, we received the Prob. 22's endorsed by the Honorable Donald J. Lee, U.S. District Court Judge, ordering Mr. Rhett's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5129.

                                  Respectfully submitted,

                                  Chris J. Stanton
                                  Chief U.S. Probation Officer

By: *Peter A. Merrigan /s/*
         Peter A. Merrigan
         Supervising U.S. Probation Officer